
RECEIVED
IN MONROE, LA
NOV 13 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| RICKY ANDREW THOMPSON | * | CIVIL ACTION NO. 08-1172 |
| VERSUS | * | JUDGE JAMES |
| STATE OF GEORGIA | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the motion to dismiss [doc. # 9] filed by defendant, State of Georgia, is hereby DENIED in part, insofar as it seeks dismissal due to improper venue and lack of personal jurisdiction. Insofar as the motion seeks dismissal on the basis of Eleventh Amendment Immunity, the motion is deferred.

IT IS FURTHER ORDERED that the alternative motion to transfer [doc. # 9] filed by defendant, State of Georgia, is hereby GRANTED, and that this case is TRANSFERRED to the United States District Court for the Northern District of Georgia. 28 U.S.C. § 1406(a).

THUS DONE AND SIGNED this 13 day of November, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE